IN THE MATTER OF THE APPEAL OF CERTAIN SECTIONS OF THE UNIFORM ADMINISTRATIVE PROCEDURE RULES.

June 3, 1981.

Certification to the Superior Court, Law Division granted.

BROOKDALE COMMUNITY COLLEGE v. CONTINENTAL INSURANCE COMPANY.

June 3, 1981.

Petition for certification denied.

HARRY'S VILLAGE, INC. v. FORTY EIGHT STATES RESIDENTS ASSOCIATION.

June 3, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. MICHAEL CAVALLO AND DAVID MURRO.

June 3, 1981.

Petition for certification granted.